UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHIMON BEN DAVID,

     Plaintiff,

v.                            Case No.:  2:24-cv-775-SPC-KCD

CITY OF MIAMI BEACH, ADRIEL
DOMINGUEZ, RYAN CHIN, REY
AGUILAR and FNU WISMIK,

     Defendants.

_____/

## OPINION AND ORDER

Before the Court is Plaintiff Shimon Ben David's Complaint. (Doc. 1). A *sua sponte* review of the Complaint revealed that this action should have been brought in the Southern District of Florida because the alleged significant events giving rise to the action occurred in Miami-Dade County. *See* 28 U.S.C. § 1391(b). The Court directed Plaintiff to show cause why this action should not be transferred. (Docs 4, 5). Plaintiff responded and agrees the Southern District of Florida is the proper venue. (Doc. 10). The Court thus transfers this case under 28 U.S.C. § 1406(a).

Accordingly, it is now

**ORDERED:**

1. The Clerk is **DIRECTED** to **TRANFER** this case to the United

States District Court for the Southern District of Florida.

2. The Clerk is **DIRECTED** to deny as moot any pending motions and close the Fort Myers case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 19, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2